EMMET CROUCH, APPELLEE, v. MISSOURI PACIFIC RAILWAY COMPANY, APPELLANT.

FILED MAY 15, 1923.   No. 22339.

APPEAL from the district court for Otoe county: JAMES T. BEGLEY, JUDGE. Reversed and dismissed.

E. J. White, J. A. C. Kennedy and Yale C. Holland, for appellant.

D. W. Livingston, contra.

Heard before MORRISSEY, C. J., LETTON, DEAN and DAY, JJ., BUTTON, District Judge.

MORRISSEY, C. J.

This appeal presents substantially the same issues as those presented in the case of *Kropp v. Missouri P. R., Co., ante,* p. 257. The cases were tried together in the court below and presented together in this court. They are so closely related that the finding in one case necessarily becomes the finding in the other. This being true, the judgment of the district court is set aside and plaintiff's petition dismissed.

REVERSED AND DISMISSED.